```
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
                FORT PIERCE DIVISION
           CASE NO. 13-CV-14151-GRAHAM
```

FEDERAL DEPOSIT INSURANCE CORPORATION,
as Receiver for RIVERSIDE NATIONAL
BANK OF FLORIDA,

    Plaintiff,

v.

VERNON SMITH, CINDY ROBBINS, RAY
HORTON, ROBERT MCCARTHY, TIMOTHY
MCGUIRE, SUSAN SPROUL, STEVE
STRICKLAND, and JOHN WILLIAMS,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Joint Notice of Voluntary Dismissal With Prejudice (D.E. 157) filed on April 11, 2014.

**THE COURT** has considered the Notice, the pertinent portions of the record noting that the parties have signed and consented to the dismissal with prejudice in this action, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this matter is hereby **DISMISSED** with prejudice pursuant to the Joint Notice of Voluntary Dismissal With Prejudice, with each party to bear its own fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of April, 2014.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record